IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–02–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JAMES LOUIS LACOBEE, | |
| Defendant. | |

Before the Court is the United States' Motion to Dismiss Indictment. (Doc. 8.) On February 19, 2021, Defendant James Louis Lacobee was charged with one count of prohibited person in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), one count of prohibited person in possession of a firearm, in violation of 18 U.S.C. § 922(g)(2), and one count of false information in acquisition of a firearm, in violation of 18 U.S.C. § 922(a)(6), as set forth in the Indictment. (Doc. 1.) A warrant for Lacobee's arrest was issued by Magistrate Judge Kathleen L. DeSoto on March 19, 2021. (Doc. 7.) The Arrest Warrant has not yet been executed.

The United States moves, pursuant to Fed. R. Crim. P. 48(a), to dismiss the Indictment, without prejudice, and to quash the Arrest Warrant. (Doc. 8 at 1.) The motion is made "in the interests of justice based on Defendant's matters in

1

Minnesota." (*Id.*) Lacobee has not appeared in this matter and does not have counsel. (*Id.* at 2.)

Pursuant to Fed. R. Crim. P. 48(a), "[t]he government may, with leave of court, dismiss an indictment, information, or complaint."

Accordingly, IT IS ORDERED that the motion (Doc. 8) is GRANTED.

IT IS FURTHER ORDERED that the Indictment (Doc. 1) is DISMISSED without prejudice.

IT IS FURTHER ORDERED that the Arrest Warrant (Doc. 7) is quashed.

DATED this 8th day of November, 2024.

Dana L. Christensen, District Judge
United States District Court